1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

8

| UNITED STATES OF AMERICA, | No. CR 03-374 PA |
|---|---|
| Plaintiff, | **ORDER REGARDING MOTION TO MODIFY CONDITIONS OF SUPERVISION FOR DEFENDANT MARK D. ROAH** |
| vs. | |
| MARK D. ROAH, | |
| Defendant. | (Assigned to the Honorable Percy Anderson) |

9
10
11
12
13
14
15

Pursuant to Defendant Mark D. Roah's Motion to Modify Conditions of Supervision,

16
17

it being the Court's understanding that there are no objections by either U.S. Probation or the

18

Government, and for good cause shown, therefore,

19

**IT IS HEREBY ORDERED** that the Motion to Modify Conditions of Supervision is

20
21

granted and, as a result, the electronic monitoring and home confinement period of

22

Defendant's sentence shall terminate on July 14, 2008.

23

**DONE IN OPEN COURT** this ___ day of June, 2008.

24
25
26

HON. PERCY ANDERSON
United States District Judge

27
28

1  Stephen M. Dichter
   Harper, Christian, Dichter & Graif, P.C.
2  2700 North Central Avenue, Suite 1200
   Phoenix, AZ  85004
3

4  Douglas Axel, AUSA
   United States Attorney's Office
5  1100 United States Courthouse
   312 North Spring Street
6  Los Angeles, CA  90012

7
   Colin Henish
8  Shalimar Hooks
   U.S. Probation Office
9  United States District Court
   Central District of California
10 312 North Spring Street, 7th Floor, RM 754
11 Los Angeles, CA  90012

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

414733.3