| | |
|---|---|
| 1 | Stephen M. Dichter, 004043 |
| 2 | HARPER, CHRISTIAN, DICHTER & GRAIF, P.C. |
|   | 2700 North Central Avenue, Suite 1200 |
| 3 | Phoenix, Arizona 85004 |
| 4 | Telephone:  (602) 253-5808 |
|   | Facsimile:  (602) 792-1710 |
| 5 | Email: sdichter@hcdglaw.com |

NOTE: CHANGES MADE BY THE COURT

Attorney for Defendant Mark D. Roah

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 03-374 PA |
| Plaintiff, | **ORDER REGARDING MOTION TO MODIFY CONDITIONS OF PROBATION FOR DEFENDANT MARK D. ROAH** |
| vs. | |
| MARK D. ROAH, | |
| Defendant. | (Assigned to the Honorable Percy Anderson) |

Pursuant to Defendant Mark D. Roah's Motion to Modify Conditions of Probation filed August 1, 2008 to permit him unrestricted travel within the United States without prior approval of the Court or the Probation Office, without objection by the Government, with the approval of the Probation Office, and for good cause shown, therefore,

**IT IS HEREBY ORDERED** that, absent further order of this Court to the contrary, Defendant Mark D. Roah is granted unrestricted permission to travel within the United States while on probation without the need for the prior approval of the Probation Office or of this Court.

1 | All other conditions of probation remain in effect.

2 |     this __29th_ day of _August, 200

_____
HON. PERCY ANDERSON
United States District Judge

414733.3

| | |
|---|---|
| 1 | Stephen M. Dichter |
|  | Harper, Christian, Dichter & Graif, P.C. |
| 2 | 2700 North Central Avenue, Suite 1200 |
|  | Phoenix, AZ  85004 |
| 3 | |
| 4 | Douglas Axel, AUSA |
|  | United States Attorney's Office |
| 5 | 1100 United States Courthouse |
|  | 312 North Spring Street |
| 6 | Los Angeles, CA  90012 |
| 7 | |
|  | Shalimar Hooks |
| 8 | U.S. Probation Office |
|  | United States District Court |
| 9 | Central District of California |
| 10 | 501 West Ocean Avenue |
|  | Long Beach, CA 90802 |

414733.3

3