1  Stephen M. Dichter, 004043
2  HARPER, CHRISTIAN, DICHTER & GRAIF, P.C.
   2700 North Central Avenue, Suite 1200
3  Phoenix, Arizona 85004
   Telephone: (602) 253-5808
4  Facsimile: (602) 792-1710
   Email: sdichter@hcdglaw.com
5
6  Attorney for Defendant Mark D. Roah

**DENIED**

BY ORDER OF THE COURT

7
8                    **UNITED STATES DISTRICT COURT**
9                **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10  UNITED STATES OF AMERICA,            No. CR 03-374 PA

11                       Plaintiff,       **ORDER REGARDING MOTION TO**
                                          **MODIFY CONDITIONS OF**
12          vs.                           **PROBATION FOR DEFENDANT**
                                          **MARK D. ROAH**
13  MARK D. ROAH,
                                          (Assigned to the Honorable Percy
14                       Defendant.       Anderson)
15
16

17          Pursuant to Defendant Mark D. Roah's Motion to Modify Conditions of Probation

18  filed February 4, 2009 to permit him unrestricted travel outside of the United States without

19  prior approval of the Court or the Probation Office, and for good cause shown,
20

21          **IT IS HEREBY ORDERED** that, absent further order of this Court to the contrary,

22  Defendant Mark D. Roah is granted unrestricted permission to travel outside the United

23  States while on supervised release without the need for the prior approval of the Probation
24
    Office or of this Court, provided that Defendant shall notify the Probation Office via e-mail
25
    or telephone of his intentions to travel outside the United States at least 14 calendar days
26

27

28

before he leaves the United States.  All other conditions of supervised release shall remain in effect.

~~DONE IN OPEN COURT~~ this __7th__ day of __February, 2009.

**DENIED**

BY ORDER OF THE COURT
HON. PERCY ANDERSON
United States District Judge

414733.3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stephen M. Dichter
Harper, Christian, Dichter & Graif, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, AZ  85004

Douglas Axel, AUSA
United States Attorney's Office
1100 United States Courthouse
312 North Spring Street
Los Angeles, CA  90012

Shalimar Hooks
U.S. Probation Office
United States District Court
Central District of California
501 West Ocean Avenue
Long Beach, CA 90802

414733.3